**No. 10-10499. Toby Begay, Petitioner v. United States.**

564 U.S. 1011, 131 S. Ct. 3010, 180 L. Ed. 2d 834, 2011 U.S. LEXIS 4534.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 631 F.3d 1168.